IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| Melody Curry, | ) | C/A No. 0:18-1208-TLW-PJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| Flour Enterprises, Inc., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The plaintiff, Melody Curry, filed this civil action in May 2018.[1] This matter is before the court pursuant to 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2) (D.S.C.). On December 7, 2018, the court issued a Second Amended Scheduling Order that set a dispositive motions deadline of March 4, 2019. (ECF No. 19.) As of the date of this order, no party has filed a potentially dispositive motion regarding the merits of this case. The parties are directed to inform the court in writing of the status of this case on or before **March 14, 2019** and advise the court as to whether the case is ready for trial.

**IT IS SO ORDERED.**

March 7, 2019                                      Paige J. Gossett
Columbia, South Carolina               UNITED STATES MAGISTRATE JUDGE

---

[1] The defendant removed this matter from the Fairfield County Court of Common Pleas.